IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LOUIS G. KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | Civil Action No. 5:13-CV-005-C |
| Defendant. ) | ECF |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on September 20, 2013, in which the recommendation was made to affirm the Commissioner's decision and dismiss Plaintiff's Complaint. No party filed any objections to the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is AFFIRMED, and Plaintiff's Complaint is DISMISSED.

Dated this 10th day of October, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE